IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIJAH JONES, | ) | |
| | ) | |
| Petitioner, | ) | 8:09CV158 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTEN, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Filing No.1), a motion for leave to proceed in forma pauperis (Filing No. 2), and a copy of his prisoner trust account statement (Filing No. 3).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a).  However, pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering petitioner's financial status as shown in the records of this Court, provisional leave to proceed in forma pauperis will be granted, but petitioner must nevertheless pay the $5.00 fee within 60 days.  The Court cautions petitioner that failure to adequately comply with this order may result in dismissal of his petition without further notice.  Accordingly,

IT IS ORDERED:

1. The application to proceed in forma pauperis (Filing No. 2) is provisionally granted, but petitioner must pay the $5.00 filing fee by July 26, 2009.

2. The clerk of the court is directed to set a pro se case management deadline in this case with the following text: July 26, 2009: deadline for payment of $5.00 filing fee.

DATED this 29th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court